No. 98–6080. PEREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6093. DOE v. TOWSON STATE UNIVERSITY. C. A. 4th Cir. Certiorari denied.

No. 98–6096. FISHER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6098. FASHEWE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6099. GUERRERO-ACOSTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6102. HOLMES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6105. JARRELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6107. WASHINGTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6108. ZELAYA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6116. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6117. CALZONCINTH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6119. BOLAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6123. JAMES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6128. MONTALVO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6135. WILSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6160. HUTCHINSON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.